UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD DOYING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-00087-TWP-MKK |
| | ) |
| MIDCONTINENT INDEPENDENT | ) |
| SYSTEM OPERATOR, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

The parties to the above-captioned matter, by counsel, having filed a Stipulation

of Dismissal with Prejudice, and the Court, being duly advised in the premises, now finds

that said Stipulation of Dismissal should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this

matter be dismissed with prejudice. Each party shall bear its/his own costs and attorneys'

fees.

Date: 10/19/2023

_____

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution: Distribution to all counsel of record via the Court's CM/ECF System